**Justin WITT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77304**

Missouri Court of Appeals, Western District.

ORDER FILED: March 31, 2015

Mark A. Grothoff, Columbia, MO, for appellant.

Todd T. Smith, Jefferson City, MO, for respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

## ORDER

Per curiam:

Justin Witt appeals the motion court's denial of his Rule 29.15 motion. Witt argues on appeal that the motion court clearly erred in denying his motion because he established that trial counsel provided ineffective assistance of counsel by failing to object to the alleged hearsay statements of a witness. We affirm. Rule 84.16(b).